

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

January 16, 1939

Honorable Hazel H. Beckham,
Executive Secretary
State Commission for the Blind
State Office Building
Austin, Texas

Dear Madam:

Opinion No. O-118
Re: Construction of Article
2968a as the same applies
to blind persons.

Your request for an opinion as to whether or not it is necessary for a blind person to have an exemption certificate in order to vote in the primaries, and in the general election in towns of less than 10,000 population, has been received by this office.

Article 2960, Revised Civil Statutes of Texas, provides that a blind person is entitled to vote without the payment of a poll tax. If he has obtained his certificate of exemption from the County Tax Collector when the same is required by provisions of law.

Article 2968 provides that every person who is exempt by law from the payment of a poll tax and resides in a city of 10,000 inhabitants or more, must have an exemption certificate.

Article 2968a provides, in part, as follows:

"Every person not subject to the disqualifications set out in Article 2954 of the Revised Civil Statutes of 1925, who does not reside in a city of 10,000 inhabitants or more, and who is exempt from the payment of a poll tax by reason of the fact that he or she has not yet reached the age of 21 years on the first day of January preceding its levy, or who is exempt from the payment of a poll tax because he or she was

not a resident of the state on the first
day of January preceding its levy, but
who shall have since become eligible to
vote by reason of length of residence or
age, shall, on or before the 31st day of
January of the year in which he or she
offers to vote, obtain from the Assessor
or Collector of taxes for the county of
his or her residence, a certificate of
exemption upon the payment of a poll tax,
and no such person who has failed to re-
fuse to obtain a certificate of exemption
from the payment of a poll tax shall be
allowed to vote."

The caption to Article 2968a as enacted by the
Forty-fourth Legislature of the State of Texas, Regular
Session, reads, in part, as follows:

" . . . providing for the issu-
ance of a certificate of exemption with-
out cost to certain qualified voters not
subject to the payment of a poll tax. . "

It is our opinion that voters who are otherwise
qualified, but who are blind and reside in a city of 10,000
inhabitants or less, are entitled to vote without an exemp-
tion certificate. It is our opinion that Article 2968a only
requires an exemption certificate for persons who are ex-
empt from the payment of a poll tax by reason of the fact
that he or she has not reached the age of 21 years on the
first day of January preceding its levy or who is exempt
from the payment of a poll tax because he or she was not a
resident of the State on the first day of January preceding
its levy. The caption of this bill states that its purpose
is to provide for an exemption certificate for certain per-
sons and the body of the bill itself only states that the
two classes above named shall have an exemption certificate,
and it is our opinion that it was the intention of the Leg-
islature to only require an exemption certificate for the
two classes named and not for blind persons.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Richard H. Cooke
Assistant

RHC:ob

APPROVED: